**Order entered July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00526-CR

**CHRISTIAN LANE-CLEMENT COOK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81198-2013**

## ORDER

The Court **GRANTS** court reporter Susan Maienschein's July 28, 2015 request for an extension of time to file the reporter's record. We **ORDER** Ms. Maienschein to file the complete reporter's record within **THIRTY DAYS** of the date of this order.

We **ORDER** the Collin County District Clerk to file the clerk's record within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Andrea Stroh Thompson, Collin County District Clerk; Susan Maienschein, official court reporter, 416th Judicial District Court, and to counsel for all parties.

/s/     LANA MYERS
          JUSTICE